**David William ENGSTROM**
**Plaintiff-Appellant**

v.

**Doc HOLLADAY, Sheriff, Pulaski County Sheriff's Office; Randy Morgan, Jail Administrator, Pulaski County Sheriff's Office; Bobbie Townsend, Captain, Pulaski County Sheriff's Office (originally named as Townsend) Defendants-Appellees**

No. 16-4392

United States Court of Appeals, Eighth Circuit.

Submitted: December 7, 2017

Filed: January 2, 2018

David William Engstrom, Pro Se

David M. Fuqua, Patrick Lee Spivey, Fuqua & Campbell, Little Rock, AR, for Defendants-Appellees

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

David Engstrom appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action, which alleged that his constitutional rights were violated in pretrial detention after another detainee signed him up to fast during Ramadan. Having reviewed the record and the parties' arguments on appeal, we find no error warranting reversal. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review). The judgment is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the recommendation of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.